UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY CARSON, on behalf of himself and others similarly situated, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    C.A. No. 07-359-*** <br> : |
| ASTRAZENECA PHARMACEUTICALS LP, | : <br> : <br> : |
| Defendant. | : |

## **ENTRY OF APPEARANCE**

      PLEASE ENTER the appearance of Sheldon N. Sandler as attorney for Defendant, AstraZeneca Pharmaceuticals, LP.

      YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sheldon N. Sandler*
Sheldon N. Sandler (I.D. No. 245)
Scott A. Holt (I.D. No. 3399)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
Telephone: (302) 571-6673; (302) 571-6623
Facsimile: (302) 576-3330; (302) 576-3299
Email: ssandler@ycst.com;sholt@ycst.com
Attorneys for Defendant

Dated: June 29, 2007