UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY CARSON, on behalf of himself and others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS LP,<br><br>      Defendant. | :<br>:<br>:<br>:<br>:<br>: C.A. No. 07-359-***<br>:<br>:<br>:<br>:<br>: |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Theresia M. Moser to represent Defendant, AstraZeneca Pharmaceuticals, LP, in this matter.

                                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                        /s/
                                        Sheldon N. Sandler (I.D. No. 245)
                                        Scott A. Holt (I.D. No. 3399)
                                        Young Conaway Stargatt & Taylor, LLP
                                        The Brandywine Building, 17th Floor
                                        1000 West Street
                                        Wilmington, DE 19801
                                        Telephone: (302) 571-6673; (302) 571-6623
                                        Facsimile: (302) 576-3330; (302) 576-3299
                                        Email: ssandler@ycst.com;sholt@ycst.com
                                        Attorneys for Defendant

Date: 7/26/07

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____, 2007               _____
                                                               United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the Supreme Court of the State of Georgia, the United States Court of Appeals for the Eleventh Circuit, and the United States District Courts for the Middle District of Georgia and Northern District of Georgia. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective 01/01/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_/s/ Theresia M. Moser_
Theresia M. Moser
Jones Day
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-3053

Dated: July 16, 2007