UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY CARSON, on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ASTRAZENECA PHARMACEUTICALS LP,<br><br>　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>: C.A. No. 07-359-***<br>:<br>:<br>:<br>:<br>: |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Harry I. Johnson, III to represent Defendant, AstraZeneca Pharmaceuticals, LP, in this matter.

　　　　　　　　　　　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP

　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Sheldon N. Sandler (I.D. No. 245)
　　　　　　　　　　　　　　　Scott A. Holt (I.D. No. 3399)
　　　　　　　　　　　　　　　Young Conaway Stargatt & Taylor, LLP
　　　　　　　　　　　　　　　The Brandywine Building, 17th Floor
　　　　　　　　　　　　　　　1000 West Street
　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　Telephone: (302) 571-6673; (302) 571-6623
　　　　　　　　　　　　　　　Facsimile: (302) 576-3330; (302) 576-3299
　　　　　　　　　　　　　　　Email: ssandler@ycst.com;sholt@ycst.com
　　　　　　　　　　　　　　　Attorneys for Defendant

Date: 7/26/07

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____, 2007　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of California, the Commonwealth of Virginia, and the District of Columbia. I am also admitted to practice before the United States Court of Appeals for the Sixth Circuit, and the United States District Courts for the Northern District, Southern District, Eastern District and Central District of California. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective 01/01/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Harry I. Johnson, III
Jones Day
555 South Flower Street
50th Floor
Los Angeles, CA 90071

Dated: July 13, 2007