UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY CARSON, on behalf of himself and others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS LP,<br><br>      Defendant. | :<br>:<br>:<br>:<br>:<br>:  C.A. No. 07-359-***<br>:<br>:<br>:<br>:<br>: |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Matthew W. Lampe to represent Defendant, AstraZeneca Pharmaceuticals, LP, in this matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/_____
Sheldon N. Sandler (I.D. No. 245)
Scott A. Holt (I.D. No. 3399)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
Telephone: (302) 571-6673; (302) 571-6623
Facsimile: (302) 576-3330; (302) 576-3299
Email: ssandler@ycst.com;sholt@ycst.com
Attorneys for Defendant

Date: 7/26/07

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____, 2007     _____
                                                                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the Supreme Court of the State of Ohio, the United States Supreme Court, the United States Court of Appeals for the Sixth, Seventh, and Tenth Circuits, and the United States District Courts for the Southern District of Ohio and Northern District of Ohio. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective 01/01/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
Matthew W. Lampe
Jones Day
325 John H. McConnell Boulevard
Suite 600
Columbus, OH 43215

Dated: July 16th, 2007