IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY CARSON, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | FLSA Collective Action |
| v. | ) ) ) | Civil Action No. 07-359 |
| ASTRAZENECA PHARMACEUTICALS LP, | ) ) ) ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

I, Harry I. Johnson, III, the undersigned counsel for the Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the *Defendant's First Set of Requests for Production of Documents to Plaintiff* were sent via U.S. Mail postage pre-paid on September 14, 2007 to the following:

Herbert W. Mondros, Esq.
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801

Charles Joseph, Esq.
Joseph & Herzfeld, LLP
757 Third Avenue, Suite 2500
New York, NY 10017

Eric B. Kingsley, Esq.
Kingsley & Kingsley
16133 Ventura Blvd, Suite 1200
Encino, CA 91436

Ira Spiro, Esq.
Spiro Moss Barness LLP
11377 W. Olympic Blvd, 5th Floor
Los Angeles, CA 90064

Dated: September 14, 2007

Respectfully submitted,

_____
Harry I. Johnson
JONES DAY
555 S. Flower Street
50th Floor
Los Angeles, CA 90071
(213) 439-3939
harryjohnson@jonesday.com

Counsel for Defendant
ASTRAZENECA PHARMACEUTICALS LP