IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY CARSON, on behalf of himself and others similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ASTRAZENECA PHARMACEUTICALS LP, )<br>)<br>Defendant. ) | FLSA Collective Action<br><br>Civil Action No. 07-359 |

### NOTICE OF SERVICE

I, Harry I. Johnson, III, the undersigned counsel for the Defendant in the above-captioned case, hereby certify that a true and correct copy of the ***Defendant's Initial Disclosures Pursuant To Rule 26(a)*** was sent via U.S. Mail postage pre-paid on October 4, 2007 to the following:

Herbert W. Mondros, Esq.
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801

Charles Joseph, Esq.
Joseph & Herzfeld, LLP
757 Third Avenue, Suite 2500
New York, NY 10017

Eric B. Kingsley, Esq.
Kingsley & Kingsley
16133 Ventura Blvd, Suite 1200
Encino, CA 91436

Ira Spiro, Esq.
Spiro Moss Barness LLP
11377 W. Olympic Blvd, 5th Floor
Los Angeles, CA 90064

Dated: October 4, 2007

Respectfully submitted,

Harry I. Johnson, III
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
(213) 439-3939
harryjohnson@jonesday.com

Counsel for Defendant
ASTRAZENECA PHARMACEUTICALS LP

LAI-2906243v1