Case 1:07-cv-00359-***   Document 25-2   Filed 10/26/2007   Page 1 of 2

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY CARSON, on behalf of himself and others similarly situated, | : |
| Plaintiff, | : FLSA Collective Action |
| v. | : Civil Action No. 07-359-MPT |
| ASTRAZENECA PHARMACEUTICALS LP, | : |
| Defendant. | : |

### ORDER MODIFYING SEPTEMBER 12, 2007 SCHEDULING ORDER

This _29_ day of _October_, 2007, upon the parties' Joint Motion for Modification of the Scheduling Order entered on September 12, 2007 ("Scheduling Order") and for good cause shown:

IT IS ORDERED that:

1. Paragraph 4(d) of the Scheduling Order shall be modified as follows:

    a. Plaintiff shall take depositions of those corporate witnesses who have been identified in the parties' agreement memorialized in the Stipulation Regarding Plaintiff's Rule 30(b)(6) Depositions ("Stipulation"). The depositions shall be completed on or before December 21, 2007. As stated in paragraph 4(b) of the Scheduling Order, such Rule 30(b)(6) depositions shall be considered a part of Stage 1 discovery.

    b. Defendant shall take the deposition of Plaintiff before December 21, 2007, and this deposition shall be considered a part of Stage 1 discovery.

2. Paragraph 7 of the Scheduling Order shall be modified as follows: Plaintiff shall have an additional thirty (30) days, until December 21, 2007, to file his motion for conditional FLSA certification. Defendant shall have an additional thirty (30) days, until

February 6, 2008, to file its opposition brief. Plaintiff shall have an additional thirty (30) days, until February 20, 2008, to file his reply brief.

3. The deadline for filing a motion for summary judgment, as specified in paragraph 8 of the Scheduling Order, shall be extended by thirty (30) days, until February 7, 2008.

4. Notwithstanding the requested extensions of time, the completion deadline for all other Stage 1 discovery will remain November 21, 2007, as previously stated in paragraph 4(d) of the Scheduling Order.

5. The remainder of the Court's September 12, 2007 Scheduling Order shall remain unchanged.

UNITED STATES MAGISTRATE JUDGE